IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Stacie Chism,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ITT Educational Services, Inc. d/b/a ITT Technical Institute; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.: Case No. 2:14-cv-13574-PDB-MKM<br><br>HON. Paul D. Borman |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

　　　Stacie Chism ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 4, 2014

Respectfully submitted,

　　　　　　　　　　　　　　　　　By: <u>/s/ *Sergei Lemberg*　　　</u>
　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff:
　　　　　　　　　　　　　　　　　Stacie Chism

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2014, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and mailed by first-class mail, postage prepaid to the parties listed below:

ITT Educational Services, Inc. d/b/a ITT Technical Institute
13000 North Meridian Street
Carmel, Indiana 46032

                                          By /s/ Sergei Lemberg
                                               Sergei Lemberg